UNITED STATES DISTRICT COURT FOR THE *DISTRICT OF COLUMBIA*

UNITED STATES OF AMERICA
c/o Herbert A. Rosenthal
5101 Wisconsin Avenue, Nw, Suite 210
Washington, Dc 20016

FILED
MAR 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff

vs.

Mary Eichenberger
A/K/A, Ann Eichenberger
3101 New Mexico Ave., N. W., Unit # 856
Washington, Dc 20016-5917

CASE 1

Case: 1:11-cv-00595
Assigned To : Robinson, Deborah A.
Assign. Date : 3/21/2011
Description: Student Loan

Defendant

## COMPLAINT FOR MONEY OWED TO THE UNITED STATES

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

### STATEMENT OF THE CLAIM

2. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets):* $52,926.34; plus current Capitalized Interest Balance and Accrued Interest: $23,399.84; plus Administrative Fee, Costs, Penalties: $.00; making the total owed (exclusive of pre-judgment interest, attorney's fees and costs) $76,326.18. Plus Attorney's fees at 32.00% of $76,326.18; plus costs and post-judgment interest.

3. The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding attorney's fees and Court costs and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of

Received
Mail Room
MAR 21 2011
Angela D. Caesar, Clerk of C
·IS District Court, District of Colu

Certificate of Indebtedness after application of all prior payments, credits, and offsets.

Prejudgment interest accrues at the rate of 8.25% per annum from the date stated in Exhibit "B".

The promissory notes which are at issue are attached as Exhibit "A" hereto.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, the United States of America prays for judgment:

A. For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper.

Respectfully submitted,

*[signature]*
Herbert A. Rosenthal, Bar No. 011007
5101 Wisconsin Avenue, NW, Suite 210
Washington, DC 20016
Telephone No. 202 785 9773
Fax No. 202 659 3526
ATTORNEY FOR THE UNITED STATES OF AMERICA

March 14, 2011

NOTICE: IF THIS LINE _____ IS CHECKED, THE NOTES ARE TRUE COPIES.

CDCS Number: 2010A83235

2

JAN 0 2 2001

**Borrower's Name:** MARY EICHENBERGER
**Borrower's Social Security Number:** [redacted]

### REPAYMENT PLAN SELECTION

Carefully read question #5, "What are my repayment plan options?," on the "Frequently Asked Questions" Page to understand the repayment plans available to you. Then, complete this section to select your repayment plan. Remember--

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" AND "Income Contingent Repayment Plan Consent to Disclosure of Tax Information" forms. Both forms can be downloaded from the "Forms and Publications" Page. **Your selection cannot be processed without these forms.**
- **If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.**

Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

|  |  | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|---|
| **STUDENT LOANS** | Direct Subsidized and Unsubsidized Consolidation Loans: | X |  |  |  |
| **PARENT LOANS** | Direct Plus Consolidation Loans: | N/A |  |  |  |

### PROMISSORY NOTE

**Promise to Pay:**
I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in the Loan Information Section. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

_____                         _____
Signature of Borrower                                                    Date

_____                         _____
Signature of Spouse (if consolidating jointly)                    Date

.../appentry.PrintConfirmServlet?Button_Pressed_Hid=continue&PrintConfirm_Mail_Hid=n&PrintConfirm_Mail12/09/2000

11 0595

Exhibit A

**FILED**
MAR 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Mary Eichenberger
aka: Ann Eichenberger
3101 New Mexico Ave. Unit 856
Washington, D.C. 20016-5917

I certify that U. S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/13/10.

On or about 12/20/00, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $32,550.51 and $12,010.75 on 01/29/01 at 8.25 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 12/23/06. Pursuant to 34 C.F.R. § 685.202(b), a total of $8,365.08 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $7,200.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $52,926.34 |
| Interest: | $23,399.84 |
| Total debt as of 07/13/10: | $76,326.18 |

Interest accrues on the principal shown here at the rate of $11.96 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 8/26/10

Loan Analyst
Litigation Support

11 0595

Exhibit B

FILED
MAR 21 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia