AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>C/O HERBERT A. ROSENTHAL, CHARTERED | ) | |
| *Plaintiff* | ) | Case: 1:11-cv-00595 |
| | ) | Assigned To : Robinson, Deborah A. |
| v. | ) | Assign. Date : 3/21/2011 |
| MARY EICHENBERGER<br>A/K/A, ANN EICHENBERGER | ) | Description: Student Loan |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARY EICHENBERGER
A/K/A, ANN EICHENBERGER
3101 NEW MEXICO AV., N.W., UNIT 856,
WASHINGTON, DC 20061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HERBERT A. ROSENTHAL, CHARTERED
5101 WISCONSIN AV., N.W., #210
WASHINGTON, DC 20016
TEL NO. 202-785 9773

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1: 11 CV - 00595

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mary Eichenberger qua Ann Eichenberger

was received by me on *(date)* April 24, 2011 .

☑ I personally served the summons on the individual at *(place)* 3101 New Mexico Ave NW #356
Wash. D.C. on *(date)* 5/2/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 00.00 50.— .

I declare under penalty of perjury that this information is true.

Date: 5/5/2011

_____
Server's signature

Michael Johnstone, process server
Printed name and title

4359 MacArthur Blvd. NW #202
Server's address

Additional information regarding attempted service, etc: Wash DC 20007